UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN MICHAEL COUCH,

      Plaintiff,

    v.

J. HERNANDEZ, *et al.*,

      Defendants.

Case No.  2:26-cv-0790-JDP (P)

ORDER

Plaintiff filed this section 1983 action on March 9, 2026.  ECF No. 1.  He has failed, however, to submit either the filing fee or a properly completed application to proceed *in forma pauperis*.  This action cannot proceed until the matter of the filing fee is settled.  Additionally, I will deny plaintiff's request for summons.  ECF No. 3.  If any of plaintiff's claims are cognizable and proceed past screening, I will direct service for the relevant defendants.

1

Accordingly, it is ORDERED that:

1.  Within twenty-one days, plaintiff must submit either the filing fee of four-hundred and five dollars or a completed application to proceed *in forma pauperis*.

2.  The Clerk of Court shall send plaintiff an *in forma pauperis* form with this order.

3.  Plaintiff's request for summons, ECF No. 3, is DENIED.

IT IS SO ORDERED.

Dated:    April 8, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2