UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL COUCH, | Case No.  2:26-cv-0790-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| J. HERNANDEZ, *et al.*, | |
| Defendants. | |

Plaintiff seeks a sixty-day extension of time to submit the filing fee for this case, as directed by my order.  ECF No. 8.  His motion will be granted.

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 8, is GRANTED, and the deadline to submit either the filing fee or a properly completed application to proceed *in forma pauperis* is now sixty days from the date of this order's entry.

IT IS SO ORDERED.

Dated:   May 8, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1