UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN MICHAEL COUCH,

Plaintiff,

v.

J. HERNANDEZ, et al.,

Defendants.

Case No. 2:26-cv-0790-JDP (P)

ORDER

Plaintiff has filed a motion for extension of time, ECF No. 17, that seeks additional time to settle the filing fee, that I ordered him to pay on May 8, 2026, ECF No. 9. This motion is denied because the docket indicates that the filing fee has been paid as of July 1, 2026. Accordingly, it is ORDERED that plaintiff's motions for extension of time, ECF No. 17, is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: July 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE